ACCEPTED
04-15-00685-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/6/2015 3:11:19 PM
KEITH HOTTLE
CLERK

NO. 04-15-00685-CV

IN THE COURT OF APPEALS
FOR THE FOURTH SUPREME JUDICIAL DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/6/2015 3:11:19 PM
KEITH E. HOTTLE
Clerk

FLAGSHIP HOMES, LTD. D/B/A PRESTIGE HOMES

VS.

JULIAN CALDERAS, JR. AND ERIKA CALDERAS

## ADVISORY TO THE COURT AND REQUEST FOR DISMISSAL

Flagship Homes, Ltd. d/b/a Prestige Homes, Appellant, respectfully notifies the Court that all matters in controversy in this appeal have been settled and compromised, and that Appellant no longer desires to prosecute this Appeal.

WHEREFORE, Appellant prays that this Appeal be dismissed as being moot, and for general relief.

Respectfully submitted,

Bayne, Snell & Krause
1250 N.E. Loop 410, Suite 725
San Antonio, Texas   78209
Telephone: (210) 824-3278
Telecopier: (210) 824-3937

By:  /s/ Barry Snell
    Barry Snell
    State Bar No. 18789000
    bsnell@bsklaw.com
Attorneys for Appellant

APPROVED AND AGREED:

KUSTOFF & PHIPPS, L.L.P.
4103 Parkdale Street
San Antonio, Texas  78229
Telephone: (210) 614-9444
Telecopier: (210) 614-9464

By:*/s/ DANIEL O. KUSTOFF*
        DANIEL O. KUSTOFF
        State Bar No. 11770515
        MELANIE HESSLER SANDERS
        State Bar No. 24032416
ATTORNEYS FOR APPELLEES